IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JERRY DALE WASHINGTON**                                                                 **PETITIONER**

VS.                                    **2:09CV00038 WRW**

**T.C. OUTLAW, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 20th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE